UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-20524 |
| | ) | |
| INKSTOP, INC., | ) | JUDGE JESSICA E. PRICE SMITH |
| | ) | |
| Debtor. | ) | **TRANSMITTAL OF UNCLAIMED** |
| | ) | **FUNDS** |

**TO THE CLERK OF COURT:**

Check No. 465 in the amount of $7,198.18 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a).

| CREDITOR(S): | CLAIM NUMBER | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| FIRST CHOICE POWER SPECIAL PURPOSE, LP<br>250 E. ARAPAHO ROAD #100<br>RIHARDSON, TX 75081 | 12 | $631.90 | $45.54 |
| CLEVELAND CAVALIERS PLAYOFF<br>1 CENTER COURT<br>CLEVELAND, OH 44115 | 20 | $13,000.00 | $936.80 |
| FCMA STRAGTEGIC<br>430 COMMERCE BLVD.<br>CARLSTADT, NJ 07072 | 125 | $16,750.00 | $1,207.03 |
| GARDA CL GREAT LAKES, INC.<br>PO BOX 90191<br>PASADENA, CA 91109 | 159 | $50,643.67 | $3,649.46 |
| FLINT & ADLER<br>1 PREMIER PLAZA<br>STE 850<br>ATLANTA, GA 30342 | 407 | $11,479.50 | $827.23 |
| TELECHEK<br>TELECHEK LEGAL DEPT.<br>5251 WESTHEIMER<br>HOUSTON, TX 77056 | 610 | $7,384.28 | $532.12 |

DATED: 6/12/15

        /x/Mary Ann Rabin  
MARY ANN RABIN (#0000009)  
Rabin & Rabin Co., L.P.A.  
55 Public Square, Suite 1510  
Cleveland, OH   44113  
216-771-8084  
Fax No. 216-771-4615  
Mrabin@rabinandrabin.com  
Trustee-in-Bankruptcy